UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTEDES RAFAEL VARGAS VENTURA,

      Plaintiff,

-against-

OSVALDO DE LA TORRE TOLEDO et al.,

      Defendants.

24-cv-5618 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  The deadline for post-discovery summary judgment motions has passed. *See* Dkt. 19. Neither side has moved for summary judgment. B**y April 3, 2025**, the parties should meet and confer and provide the Court with two separate weeks in June and July during which all parties and all witnesses are available to try this case.

  SO ORDERED.

Dated: March 28, 2025
   New York, New York

                _____
                ARUN SUBRAMANIAN
                United States District Judge